

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-26-2010

# USA v. McGeehan

Precedential or Non-Precedential: Precedential

Docket No. 05-1954

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. McGeehan" (2010). *2010 Decisions.* Paper 325.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/325

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

Nos. 05-1954 & 05-2446

———

UNITED STATES OF AMERICA

v.

LAWRENCE McGEEHAN,
                    Appellant at No. 05-1954

KATHLEEN HALUSKA,
                    Appellant at No. 05-2446

———

D.C. Criminal Nos. 03-cr-0125-1 & 03-cr-0125-2

———

Present: SCIRICA, RENDELL and SMITH, <u>Circuit Judges</u>.

**O R D E R**

Upon consideration of the Supreme Court's decision in *Skilling v. United States*,

130 S.Ct. 2896, 2931 (2010), as well as the parties' representations in their letter-briefs,

the precedential opinion and judgment filed on October 22, 2009, are hereby vacated.  In

light of the Supreme Court's holding in *Skilling* that 18 U.S.C. § 1346 covers only bribery

and kickback schemes, as well as the representations of the parties in their letter-briefs,

the judgment of the District Court as to counts 3, 5, 6, 7, 8, 9, 10, 11, 13, 19, 20, 21, and

22 of the Superseding Indictment is hereby vacated.  The case is hereby remanded for the

District Court to consider Appellants' argument that their convictions as to counts 23

through 29 were tainted by the introduction of evidence related to the mail and wire fraud

counts. We ask the District Court to address this argument in the first instance. In so doing, the District Court should address the issue of whether, as the government urges, this argument is not available to Appellant Haluska by virtue of her guilty plea. The Clerk is directed to issue the mandate forthwith.

BY THE COURT,

/s/ Anthony J. Scirica
Circuit Judge

Dated: October 26, 2010

lwc/cc: Stephen H. Begler, Esq.
John A. Knorr, Esq.
Robert L. Eberhardt, Esq.
Laura S. Irwin, Esq.
Michael L. Ivory, Esq.

2